209 F.2d 959
 UNITED STATES of America ex rel. Sebastiano CEFALU, Relator-appellant,
v.
Edward J. SHAUGHNESSY, District Director of Immigration and
Naturalization for the District of New York,
Respondent-Appellee.
 No. 196, Docket 22985.
 United States Court of Appeals
Second Circuit.
 Argued Feb. 3, 1954.
Decided Feb. 15, 1954.
 
 Relator, Sebastiano Cefalu, appeals from a dismissal of his writ of habeas corpus.
 Lionel Golub, New York City (Benjamin Kronenberg, New York city, on the brief), for relator-appellant.
 Harold J. Raby, Asst. U.S. Atty., New York City (J. Edward Lumbard, U.S. Atty., New York City, and Lester Friedman, Atty., Immigration and Naturalization Service, on the brief), for respondent-appellee.
 Before CLARK, FRANK and HINCKS, Circuit Judges.
 PER CURIAM.
 
 
 1
 Affirmed on the opinion of District Judge Kauman below, 117 F.Supp. 473.